UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANNIE MAE ROBINSON,

    Petitioner,

v.       Case No. 3:05-cv-1077-J-12HTS
    3:88-cr-215-J-12

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

This cause is before the Court on the Petitioner's Notice of Appeal (Civ. Doc.12), filed March 17, 2006, which the Court construes as a request for a Certificate of Appealability.

The Petitioner seeks to appeal the Court's Order (Civ. Doc.8, Crim. Doc. 1736) filed January 12, 2006, dismissing his §2255 motion as untimely. The Court finds that the Petitioner has not made a substantial showing of the denial of a constitutional right for the reasons set forth in the Court's previous Order (Civ. Doc.8, Crim. Doc. 1736). As a result, the Petitioner's request for a Certificate of Appealability must be denied. Accordingly, it is

**ORDERED AND ADJUDGED:**

That the Petitioner's request for Certificate of Appealability (Civ. Doc. 12) is denied

**DONE AND ORDERED** this __28TH__ day of March 2006.

_Howell W. Melton_
Howell W. Melton
Senior United States District Judge

Copies to:   Petitioner
             AUSA

2